IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jose Fajugon Hurguilla,            )<br>                                                   )<br>            Petitioner,             )<br>                                                   )<br>vs.                                             )<br>                                                   )<br>Katrina Kaine, ICE Field Office Director,)<br>                                                   )<br>            Respondent.             )<br>                                                   )<br>_____) | No. CIV 07-1114-PHX-NVW (DKD)<br><br>**REPORT AND RECOMMENDATION** |

TO THE HONORABLE NEIL V. WAKE, UNITED STATES DISTRICT JUDGE:

Jose Fajugon Hurguilla filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, contending that immigration officials are holding him in detention pending his removal to Colombia, but that his removal cannot be effected. Hurguilla argues that he is entitled to immediate release from custody because his indefinite detention with no prospect that his removal will be effected in the reasonably foreseeable future is not authorized by law. *See Zadvydas v. Davis*, 533 U.S. 678 (2001). In its Response, the Government attached a Release Notification sent to Hurguilla on July 6, 2007, and contends that this case is now moot. *See* Document 14, Exh 1.

**IT IS THEREFORE RECOMMENDED** that Jose Fajugon Hurguilla's petition for writ of habeas corpus be **DISMISSED AS MOOT** (Doc. #1).

This recommendation is not an order that is immediately appealable to the Ninth Circuit Court of Appeals. Any notice of appeal pursuant to Rule 4(a)(1), Federal Rules of Appellate Procedure, should not be filed until entry of the district court's judgment. The

1 parties shall have ten days from the date of service of a copy of this recommendation within
2 which to file specific written objections with the Court. *See*, 28 U.S.C. § 636(b)(1); Rules
3 72, 6(a), 6(e), Federal Rules of Civil Procedure. Thereafter, the parties have ten days within
4 which to file a response to the objections. Failure timely to file objections to the Magistrate
5 Judge's Report and Recommendation may result in the acceptance of the Report and
6 Recommendation by the district court without further review. *See United States v. Reyna-*
7 *Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Failure timely to file objections to any factual
8 determinations of the Magistrate Judge will be considered a waiver of a party's right to
9 appellate review of the findings of fact in an order or judgment entered pursuant to the
10 Magistrate Judge's recommendation. *See* Rule 72, Federal Rules of Civil Procedure.

11    DATED this 10th day of July, 2007.

_____
David K. Duncan
United States Magistrate Judge