1
2
3
4
5
6

**IN THE UNITED STATES DISTRICT COURT**

7

**FOR THE DISTRICT OF ARIZONA**

8

9   Jose Fajugon Hurguilla,                   )   No. CV 07-01114-PHX-NVW (DKD)
                                              )
10              Petitioner,                   )   **ORDER**
                                              )
11      v.                                    )
                                              )
12                                            )
    Katrina Kaine, ICE Field Office Director,)
13                                            )
                Respondent.                   )
14  _____)

15          Pending before the court is the Report and Recommendation ("R&R") of Magistrate

16   Judge Duncan (Doc. # 16) regarding Petitioner's Petition for Writ of Habeas Corpus filed

17   pursuant to 28 U.S.C. § 2251 (Doc. # 1).  The R&R recommends that the Petition be denied

18   and dismissed as moot, Petitioner having been released.   The Magistrate Judge

19   advised the parties that they had ten days to file objections to the R&R.  (R&R at 2 (citing

20   28 U.S.C. § 636(b)).  No objections were filed, and the time to object has expired.

21          Because the parties did not file objections, the court need not review any of the

22   Magistrate Judge's determinations on dispositive matters.  *See* 28 U.S.C. § 636(b)(1);

23   Fed. R. Civ. P. 72(b); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003);

24   *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any

25   review at all . . . of any issue that is not the subject of an objection.").  The absence of a

26   timely objection also means that error may not be assigned on appeal to any defect in the

27   rulings of the Magistrate Judge on any non-dispositive matters.  Fed. R. Civ. P. 72(a)

28   ("Within 10 days after being served with a copy of the magistrate judge's order, a party may

1   serve and file objections to the order; a party may not thereafter assign as error a defect in

2   the magistrate judge's order to which objection was not timely made."); *Simpson v. Lear*

3   *Astronics Corp.*, 77 F.3d 1170, 1174 (9th Cir. 1996); *Philipps v. GMC*, 289 F.3d 1117, 1120-

4   21 (9th Cir. 2002).

5        Notwithstanding the absence of an objection, the court has reviewed the R&R and

6   finds that it is well taken.  The court will accept the R&R and dismiss the Petition as moot.

7   *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in

8   whole or in part, the findings or recommendations made by the magistrate").

9        IT IS THEREFORE ORDERED that Report and Recommendation of the Magistrate

10  Judge (Doc. 16) is accepted.

11       IT IS FURTHER ORDERED that Petitioner's Petition for Writ of Habeas Corpus filed

12  pursuant to 28 U.S.C. § 2241 (Doc. # 1) is dismissed as moot.

13       IT IS FURTHER ORDERED that the Clerk of the Court enter judgment dismissing

14  the Petition as moot.  The Clerk shall terminate this action.

15       DATED this 27th day of July 2007.

16

17  _____

18                  Neil V. Wake
                  United States District Judge

19

20

21

22

23

24

25

26

27

28